Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 17−17635−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Samuel Kennth Rennard
    17 John Street
    Red Bank, NJ 07701

Social Security No.:
    xxx−xx−0614

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/7/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2018
JAN: slf

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel Kennth Rennard  
    Debtor

Case No. 17-17635-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Nov 08, 2018  
                       Form ID: 148      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db              +Samuel Kennth Rennard,    17 John Street,    Red Bank, NJ 07701-2337
lm               BAYVIEW LOAN SERVICING,    4425 Ponce de Leon Blvd. # 400,    Coral Gables, FL 33146-1841
516802090       +Asset Advantage Inc.,    Stern, Lavinthal Frankenberg,    105 Eisenhower Pky. #302,
                  Roseland, NJ 07068-1640
516768897       +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
516768899      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0187)
517589280       +US Bank Cust BV002 Trst Crdtrs,    Att: Blue Vigro Capital Management,    164 Mason St Fl 2 South,
                  Greenwich, CT 06830-6677
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517054038       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2018 23:58:43
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                  Coral Gables, FL 33146-1837
516768896       +E-mail/Text: taxcollector@redbanknj.org Nov 08 2018 23:58:40      Borough of Red Bank,
                  90 Monmouth Street,    Red Bank, NJ 07701-1285
516768898        EDI: IRS.COM Nov 09 2018 04:19:00      Internal Revenue Service,    Special Procedures,
                  Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516768900       +EDI: WFFC.COM Nov 09 2018 04:18:00      Wells Fargo Hm Mortgag,    Po Box 10335,
                  Des Moines, IA 50306-0335
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing LLC njecfmail@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing LLC mbeshara@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    US Bank as Custodian for BV002 Trust and
               Creditors sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: 148             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William H. Oliver, Jr.    on behalf of Debtor Samuel Kennth Rennard bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                                                                     TOTAL: 11