UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Samuel Kennth Rennard

Debtor(s)

Case No.: 17-17635 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: November 7, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel Kennth Rennard  
      Debtor

Case No. 17-17635-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 08, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db            +Samuel Kennth Rennard,    17 John Street,    Red Bank, NJ 07701-2337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:  
           Albert Russo    docs@russotrustee.com  
           Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com,  
            nj-ecfmail@ecf.courtdrive.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
            Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
           Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing LLC njecfmail@mwc-law.com  
           Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com,  
            nj-ecfmail@ecf.courtdrive.com  
           Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing LLC mbeshara@mwc-law.com  
           Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED  
            LIABILITY COMPANY rsolarz@kmllawgroup.com  
           Susan B. Fagan-Rodriguez    on behalf of Creditor    US Bank as Custodian for BV002 Trust and  
            Creditors sbflesq@optonline.net  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Debtor Samuel Kennth Rennard bkwoliver@aol.com,  
            R59915@notify.bestcase.com  
                                                                                                        TOTAL: 11